**Lynn E. EMBLEY, Appellant,**

v.

**DESIGN MANUFACTURING, INC., Respondent.**

**No. WD 75028.**

Missouri Court of Appeals, Western District.

Nov. 13, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 18, 2012.

Application for Transfer to Supreme Court Denied Feb. 26, 2013.

Stephen R. Bough, Kansas City, for Appellant.

Robert J. Wonnell, for Respondent.

Before Division Three: ALOK AHUJA, Presiding Judge, VICTOR C. HOWARD, Judge and CYNTHIA L. MARTIN, Judge.

### *ORDER*

PER CURIAM:

Lynn Embley appeals (1) the trial court's denial of her motion to reconsider and clarify its judgment awarding Design Manufacturing a workers' compensation lien on the settlement proceeds from a wrongful death claim filed by her for the death of her husband, Larry Embley; and (2) the trial court's refusal to compare and apportion fault between Mr. Embley and

---

his coworker for the death of Mr. Embley. Ms. Embley argues these decisions by the trial court were erroneous because (1) a workers' compensation carrier is only entitled to a lien on compensation paid and payable, and not all wrongful death damages are compensable under workers' compensation, and (2) a workers' compensation carrier is only entitled to a lien equal to the fault of the third party tortfeasor, and Mr. Embley was partially at fault for his death. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).